**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Deandre PENNINGTON, Petitioner**

**No. 382 EAL 2016**

Supreme Court of Pennsylvania.

November 29, 2016

## ORDER

PER CURIAM

**AND NOW**, this 29th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.